IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

UNITED STATES OF AMERICA

v.                           Case Nos.:        5:07cr38/MW/GRJ
                                               5:16cv184/MW/GRJ
JONATHAN WAYNE JONES,

    Petitioner.
_____

## REPORT AND RECOMMENDATION

This cause is before the court upon referral from the clerk.  Petitioner commenced this action by filing a letter which the court construed as a motion to correct sentence by a person in federal custody under 28 U.S.C. § 2255.  (*See* ECF No. 36).  In the Court's July 5, 2016, order Petitioner was given twenty-eight (28) days in which to file an amended § 2255 motion on the proper court form or to file an objection and/or motion to withdraw his "recharacterized" § 2255 motion.  (ECF No. 37).  Petitioner failed to file any an amended petition or any response. Consequently, on September 29, 2016, the court issued an order requiring Petitioner to show cause, within twenty-one (21) days, why this action should not be dismissed for failure to comply with an order of the court.  (ECF No. 38). The time for compliance with the show cause order has now elapsed, and

Petitioner has failed to file an amended § 2255 motion or an objection.

Accordingly, it is respectfully **RECOMMENDED**:

This case should be **DISMISSED without prejudice** for Petitioner's failure to comply with an order of the court.

**IN CHAMBERS** this 11th day of January, 2017.

*s/ Gary R. Jones*
GARY R. JONES
United States Magistrate Judge

## NOTICE TO THE PARTIES

**Objections to these proposed findings and recommendations must be filed within fourteen (14) days after being served a copy thereof.  Any different deadline that may appear on the electronic docket is for the court's internal use only, and does not control.  A copy of objections shall be served upon all other parties.  If a party fails to object to the magistrate judge's findings or recommendations as to any particular claim or issue contained in a report and recommendation, that party waives the right to challenge on appeal the district court's order based on the unobjected-to factual and legal conclusions.  See 11th Cir. Rule 3-1; 28 U.S.C. § 636.**

Case Nos.: 5:07cr38/MW/GRJ; 5:16cv184/MW/GRJ