# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# PANAMA CITY DIVISION

**UNITED STATES OF AMERICA,**

**v.**                                              **Case No.  5:07cr38-MW/GRJ-1**

**JONATHAN WAYNE JONES,**

      **Defendant/Petitioner,**

_____/

## ORDER ACCEPTING
## REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation, ECF No. 39.  No objections have been filed by the parties. Accordingly,

IT IS ORDERED:

The report and recommendation is **accepted and adopted** as this Court's opinion.  The Clerk shall enter judgment stating, "This case is **DISMISSED** without prejudice for Petitioner's failure to comply with an order of this Court." The Clerk shall close the file.

**SO ORDERED on February 8, 2017.**

                                                  **s/Mark E. Walker            \_\_\_\_**
                                                  **United States District Judge**